United States District Court
Southern District of Texas
**ENTERED**
May 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | Case No. 4:24-cv-03150 |
| | § | |
| v. | § | Hon. Ewing Werlein, Jr. |
| | § | |
| JOHN DOE, subscriber assigned IP address 71.135.153.117, | § § § | |
| | § | |
| Defendant. | | |

### ORDER CONTINUING THE INITIAL PRETRIAL CONFERENCE

After considering Defendant's Unopposed Motion to Continue Pretrial Conference (Doc. No. 23), the Court grants the motion and determines that the Initial Pretrial Conference shall be RESET to July 18, 2025 at 4:00 p.m.

IT IS SO ORDERED.

SIGNED on this 19TH day of May, 2025.

Ewing Werlein, Jr.
UNITED STATES DISTRICT JUDGE